BEFORE THE THIRD DIVISION, JANUARY 27, 1955

No. 58731.—Rorstrand, Inc. v. United States, protests 194755–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

No. 58732.—Juillard Fancy Foods Co. v. United States, protest 231764–K (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the articles herein are similar in all material respects to the mustard jars the subject of *Julliard Fancy Foods Co.* v. *United States* (33 Cust. Ct. 1, C. D. 1625), the claim of the plaintiff was sustained.